UNITED STATES DISTRICT COURT                    **JS-6**
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 16-4652-DMG (ASx)** | Date | September 29, 2016 |
|---|---|---|---|

| Title | *Theresa Brooke v. RR San Dimas, LLC* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES**


In light of Plaintiff's response [Doc. # 15] to the Court's order to show cause ("OSC"), filed September 27, 2016, indicating that the case has settled in its entirety, this action is placed in inactive status.

By October 27, 2016 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of October 28, 2016.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. The OSC is DISCHARGED.

IT IS SO ORDERED.